1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                              EASTERN DISTRICT OF CALIFORNIA

10

11   ANTHONY LAWS,                            1:13-cv-01547-JLT-(HC)

12              Petitioner,                   ORDER GRANTING PETITIONER'S FIRST
                                              MOTION FOR EXTENSION OF TIME TO
13        v.                                  FILE TRAVERSE (Doc. 22)

14   CALIFORNIA DEPARTMENT OF                 ORDER GRANTING PETITIONER'S
     CORRECTIONS,                             MOTION TO NAME PROPER
15                                            RESPONDENT (Doc. 12)
                Respondent.
16                                            ORDER DIRECTING CLERK OF COURT TO
                                              SUBSTITUTE GARY SWARTHOUT AS
17                                            PROPER RESPONDENT

18

19        Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28

20   U.S.C. § 2254.  On March 12, 2014, Petitioner filed a motion to extend time to file his traverse,

21   citing the need to conduct additional research.  On October 21, 2013, Petitioner filed a motion to

22   name Gary Swarthout as the proper Respondent.  (Doc. 12).

23        Good cause having been presented to the court and GOOD CAUSE APPEARING

24   THEREFOR, IT IS HEREBY ORDERED that:

25        1.  Petitioner's motion for extension of time to file a Traverse (Doc. 22) is GRANTED.

26   Petitioner is granted 30 days from the date of service of this order in which to file his traverse.

27        2.  Petitioner's motion to name proper Respondent (Doc. 12), is GRANTED.

28        3.  The Clerk of the Court is DIRECTED to substitute Gary Swarthout as the proper

                                              1

1    Respondent.

2

3    IT IS SO ORDERED.

4        Dated:    **March 14, 2014**                    **/s/ Jennifer L. Thurston**
                                                 UNITED STATES MAGISTRATE JUDGE
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28